UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| COREY THOMAS BEY ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | 4:24-CV-32-FL |
| GREENFIELD MHP HOLDINGS, LLC, ) | |
| CRAVEN COUNTY COURTHOUSE, ) | |
| and CRAVEN COUNTY SHERIFF'S ) | |
| DEPARTMENT ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on January 7, 2025, and for the reasons set forth more specifically therein, that this action is DISMISSED for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on January 7, 2025, and Copies To:**
Corey Thomas Bey (via US mail) 2185 NC Hwy 101, Havelock, NC 28532

January 7, 2025                              PETER A. MOORE, JR., CLERK

                                             /s/ Sandra K. Collins
                                       (By)  Sandra K. Collins, Deputy Clerk